Same case below, 408 Fed. Appx. 600.

Same case below, 426 Fed. Appx. 151.

**No. 11-5608. Keith Joseph Lanzon, Petitioner v. United States.**

565 U.S. 916, 132 S. Ct. 333, 181 L. Ed. 2d 208, 2011 U.S. LEXIS 5885.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 639 F.3d 1293.

**No. 11-5610. Torrance Jones, Petitioner v. United States.**

565 U.S. 916, 132 S. Ct. 333, 181 L. Ed. 2d 208, 2011 U.S. LEXIS 6237.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 403 Fed. Appx. 856.

**No. 11-5612. Pierre McCall, Petitioner v. Carmen Palmer, Warden.**

565 U.S. 916, 132 S. Ct. 333, 181 L. Ed. 2d 208, 2011 U.S. LEXIS 6195.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5614. Eduardo Zavala-Lopez, Petitioner v. United States.**

565 U.S. 916, 132 S. Ct. 334, 181 L. Ed. 2d 208, 2011 U.S. LEXIS 5986.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

**No. 11-5617. Joe M. Toney, Petitioner v. B. A. Bledsoe, Warden, et al.**

565 U.S. 916, 132 S. Ct. 334, 181 L. Ed. 2d 208, 2011 U.S. LEXIS 5861.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 427 Fed. Appx. 74.

**No. 11-5619. Charles E. Wiig, Petitioner v. United States District Court for the District of Nebraska.**

565 U.S. 916, 132 S. Ct. 334, 181 L. Ed. 2d 208, 2011 U.S. LEXIS 5797.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-5622. John Henry Lewis, Petitioner v. Joseph Meko, Warden.**

565 U.S. 916, 132 S. Ct. 334, 181 L. Ed. 2d 208, 2011 U.S. LEXIS 6380.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-5623. Steven Jean-Pierre, Petitioner v. Tom Gubbiotti.**

565 U.S. 916, 132 S. Ct. 334, 181 L. Ed. 2d 208, 2011 U.S. LEXIS 5862.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 417 Fed. Appx. 120.